(88 South. 922)

KING et al. v. STATE. (8 Div. 314.) (Supreme Court of Alabama. April 7, 1921.) Appeal from Circuit Court, Morgan County; Robt. C. Brickell, Judge. Petition by the State, on the relation of its Solicitor, against Guy King and another, to condemn an automobile, because used in the illegal transportation of liquor. From a decree of condemnation, respondents appeal. Affirmed.

Wert & Hutson, of Decatur, for appellants.

Counsel discuss the facts in the case, but without citation of authority.

Harwell G. Davis, Atty. Gen., for the State. No brief came to the Reporter.

GARDNER, J. A Ford car, the property of appellant Guy King, was seized by the chief of police of the city of Decatur while in the possesion of one Andrews, who was driving the car for King on the day of the seizure, and was found to contain 1½ gallons of "white corn" whisky. The liquor was confessedly procured and placed in the car by Andrews, but King denied any knowledge or notice thereof. Appellant J. D. Thomas interposed his claim as mortgagee. Upon consideration of the proof, the court reached the conclusion that petitioner, Thomas, had not sufficiently established a bona fide mortgage on the car, and that the owner, King, had likewise failed in the establishment of his innocence in connection with the illegal use of his automobile, and from the decree of condemnation and forfeiture this appeal is prosecuted. Only questions of fact are here presented for consideration. Since the act of 1915 (Gen. Acts 1915, p. 594) it has been the policy of this court not to enter into any analysis or discussion of the evidence in detail. Underwood v. Underwood, 200 Ala. 690, 77 South. 233. Suffice it to say it has been read and carefully considered by the court in consultation, with the result that we are persuaded the trial court was justified in the conclusion reached, and the decree rendered will therefore be here affirmed. Affirmed.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.

(87 South. 924)

LATHAM v. LITTLE CAHABA COAL CO. (2 Div. 745.) (Supreme Court of Alabama. Feb. 8, 1921.) Appeal from Circuit Court, Bibb County; B. M. Miller, Judge. Frank S. White & Sons, of Birmingham, for appellant. Percy, Benners & Burr, of Birmingham, for appellee.

PER CURIAM. Affirmed on certificate.

(87 South. 924)

McCAIN v. BIRMINGHAM TERMINAL CO. (6 Div. 171.) (Supreme Court of Alabama. Jan. 18, 1921.) Appeal from Circuit Court, Jefferson County; John C. Pugh, Judge. W. A. Denson, of Birmingham, for appellant. Stokely, Scrivner & Dominick, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

(88 South. 922)

McCLUSKEY et al. v. STEELE et al. (8 Div. 310.) (Supreme Court of Alabama. Feb. 3, 1921. Rehearing Denied April 21, 1921.) Certiorari to Court of Appeals. E. W. Godbey, of Decatur, for appellants. N. L. Steele, of Birmingham, John R. Sample, of Hartsells, and Tennis Tidwell, of Albany, for appellees.

PER CURIAM. Petition of J. G. McCluskey and others for certiorari to Court of Appeals, to review and revise judgment of said court, affirming the appeal of J. G. McCluskey et al. v. N. L. Steele, et al., 88 South. 367. Writ denied.

(88 South. 922)

McPETERS v. STATE. (8 Div. 320.) (Supreme Court of Alabama. April 7, 1921.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. Barnett & Adams, of Florence, for appellant. Harwell G. Davis; Atty. Gen., for the State.

SAYRE, J. The decree of condemnation is reversed, and the decree will be here entered, dismissing the bill, on the authority of Puckett v. State, 204 Ala. 238, 85 South. 452, and State v. Hughes, 203 Ala. 90, 82 South. 104.

(87 South. 924)

MILLER et al. v. STEWART. (8 Div. 211.) (Supreme Court of Alabama. Feb. 1, 1921.) Appeal from Circuit Court, Lawrence County; C. P. Almon, Judge. Sample & Kilpatrick, of Hartsells, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(87 South. 924)

MORGAN v. LOUIS. (6 Div. 161.) (Supreme Court of Alabama. Nov. 25, 1920.) Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge. Edgar Allen, of Birmingham, for appellant. Vassar L. Allen, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

(87 South. 924)

MORRIS v. FLOMATON TIMBER CO. (3 Div. 472.) (Supreme Court of Alabama. Dec. 15, 1920.) Appeal from Circuit Court, Escambia County; A. E. Gamble, Judge. Stevens, McCorvey, McLeod, of Mobile, and E. L. McMillan, of Brewton, for appellant. Hamilton & Leigh, and H. M. Caffey, Jr., all of Brewton, for appellee.

PER CURIAM. Appeal dismissed on motion of appellee for want of prosecution.

(87 South. 924)

NASHVILLE, C. & ST. L. RY. v. ROGERS. (8 Div. 319.) (Supreme Court of Alabama. March 1, 1921.) Appeal from Circuit Court, Madison County; Robt. C. Brickell, Judge. Spragins & Speake, of Huntsville, for appellant. R. E. Smith, of Huntsville, for appellee.

PER CURIAM. Appeal dismissed by appellant.